RE: *WR-65,469.-11

5-27-15
65,409-11

MAY I PLEASE GET A RESPONSE Y
MY MANY INQUIRIES. OF MY CAUSE?

THANK You for Your TIME.

SINCERLY,

Paine Benner 1278531
2101 Fm 369 NOt
Iowa Park TX
        76367-1568

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 0  ?

Abel Acosta, Clerk